UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLENN HICKS,

    Plaintiff,

    v.

DOWNEY SAVINGS AND LOAN, et al.,

    Defendants.
_____/

No. C 09-5619 PJH

**ORDER**

    The court having dismissed the above-entitled action pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim, and having imposed a deadline of February 25, 2010 to file an amended complaint, and plaintiff having failed to file an amended complaint as ordered, the action is hereby DISMISSED with prejudice, as to defendants U.S. Bank National Association, successor-in-interest to the Federal Deposit Insurance Corporation as receiver for Downey Savings Association, F.A, and as to DSL Service Company.

    There is no proof of service on file as to any other defendant. The defendants remaining in the case will be dismissed pursuant to Federal Rule of Civil Procedure 4(m) if no proof of service is filed by March 30, 2010 (120 days from the date of removal to this court).

**IT IS SO ORDERED.**

Dated: March 5, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge