UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLENN HICKS,

    Plaintiff,

    v.

DOWNEY SAVINGS AND LOAN, et al.,

    Defendants.
_____/

No. C 09-5619 PJH

**ORDER DISMISSING CASE**

    The court having previously dismissed defendants DSL Service Company and U.S. Bank National Association, successor-in-interest to the Federal Deposit Insurance Company as receiver for Downey Savings Association, F.A., with leave to amend, and plaintiff having failed to file an amended complaint as ordered, the claims asserted against these two defendants are DISMISSED with prejudice.

    Additionally, plaintiff having failed to file a proof of service on defendants First Metropolitan, DSL Downey Savings, Central Mortgage Company, and Mortgage Electronic Registration Systems, as directed in the court's order of March 5, 2010, the claims asserted against them are DISMISSED without prejudice for failure to serve pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: April 1, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge